



Evan L. Lipton
*Partner*
Direct (212) 655-3517
Fax (212) 655-3535
ell@msf-law.com

August 6, 2021

*Permission to travel Granted*
*08/06/21*

*/s/ Colleen McMahon*

By ECF
Hon. Colleen McMahon
Senior United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Jeremy Sheeran et al,*
20 Cr. 521

Dear Judge McMahon:

I write on behalf of Jeremy Sheeran to respectfully request the temporary modification of his conditions of release to permit travel to Florida from August 17 through August 23, for a vacation.

Mr. Sheeran was arrested on October 1, 2020, and was released that day on a $150,000 personal recognizance bond, with travel restricted to the Southern and Eastern Districts of New York, and the District of New Jersey. (ECF Doc. No. 20). This is his first application to travel outside these areas. He is fully compliant with all conditions of release.

I have provided the government (A.U.S.A. Jason Swergold) and the assigned Pretrial Services officer (Lea Harmon) with the precise itinerary,[1] and both consent to the application.

Thank you for your consideration of this request.

Respectfully yours,

/s/ELL

Evan L. Lipton
Meister Seelig & Fein LLP
*Counsel to Jeremy Sheeran*

Cc: All counsel; Pretrial Services Officer Harmon (by ECF and email)

---

[1] I have omitted this information from this publicly filed document for privacy reasons.

125 Park Avenue, 7th Floor, New York, NY 10017 | Phone (212) 655-3500 | Fax (212) 655-3535 | meisterseelig.com