March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

          -v-

    Jeremy Sheeran

                   Defendant(s).
-----------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20 -CR- 521 (_)(_)

Defendant ___Jeremy Sheeran___ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/2021

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Jeremy Sheeran
Print Defendant's Name

_____
Defense Counsel's Signature

Ilana Haramati
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

__11/9/21__
Date

_____
U.S. District Judge/U.S. Magistrate Judge