

Meister Seelig & Fein LLP



MEMO ENDORSED

*Henry E. Mazurek*
*Partner*
Direct (212) 655-3594
Fax (212) 655-3535
hem@msf-law.com

April 7, 2022

**By ECF**

Hon. Colleen McMahon
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Cahill, et al.,* No. 20 Cr. 521 (CM)

Dear Judge McMahon:

I write as counsel to defendant Jeremy Sheeran, but on behalf of all counsel to respectfully request a further modification of the pretrial motions schedule. The next status conference date on this matter is currently scheduled for May 3, 2022.

The reason for the parties' request is to allow defense counsel to continue settlement discussions with the government, as indicated in Mr. Zissou's earlier letter to the Court, dated February 1, 2022. Many defense counsel recently have submitted deferred prosecution applications to the United States Attorney's Office for consideration by that Office's Deferred Prosecution Committee. We seek the adjusted motions schedule to allow that Committee to complete its review of the submitted applications and for defense counsel to be given an adequate opportunity to be heard on them. Other defendants are also working through plea discussions with the government as well. Of course, if dispositions can be reached, it would save considerable resources, both for the parties and the Court, if completed prior to the filing of pretrial motions. Indeed, the Sentencing Guidelines even contemplate the loss of a reduction for acceptance of responsibility points if the government must expend additional resources in reviewing and responding to motions prior to disposition. Thus, we respectfully seek this one additional adjustment of the motions schedule to accomplish these goals prior to seeking the Court's intervention to decide contested pretrial motions issues.

The parties, including the government by Assistant United States Attorney Jason Swergold, have conferred and request the following adjusted motions schedule:

1. Defense motions to be filed on or before May 27, 2022
2. Government opposition on or before June 24, 2022

Hon. Colleen McMahon
April 7, 2022
Page 2 of 2

3.  Defendants' replies, if any, on or before July 8, 2022

To allow the parties to engage in meaningful pretrial settlement negotiations and allow the defense to complete its pretrial investigation, including the review of two years of voluminous consensual wiretap records, all defendants agree that these interests outweigh "the best interest of the public and the defendant[s] in a speedy trial," under 18 U.S.C. Sec. 3171(h)(7)(A), through the date that motions will be fully briefed on July 8, 2022.

Respectfully yours,

_____/S/HEM_____
Henry E. Mazurek
*Counsel for Defendant Jeremy Sheeran*