

**Meister Seelig & Fein LLP**

*Ilana Haramati*
*Partner*
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

April 28, 2022

MEMO ENDORSED

4/28/22

Request to travel as detailed herein Granted

**BY ECF**

Hon. Colleen McMahon
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Jeremy Sheeran*, No. 20 Cr. 521 (CM)

Dear Judge McMahon:

We write on behalf of our client defendant Jeremy Sheeran in the above-referenced matter to request a temporary modification of his conditions of release to permit him to travel to O'Fallon, Missouri from April 29, 2022 through May 6, 2022 to help his friend move house from New York to Missouri.

We have conferred with Pretrial Services and counsel for the government, both of whom have no objection to Mr. Sheeran's request.

Respectfully submitted,

/s/ Ilana Haramati
Henry E. Mazurek
Ilana Haramati
Meister Seelig Fein LLP

*Counsel for Defendant Jeremy Sheeran*

cc: Counsel of Record (*via ECF*)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 4/28/22
DATE FILED: