# MSF
Meister Seelig & Fein LLP

Ilana Haramati
Partner
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

MEMO ENDORSED

December 2, 2022

12/5/22

Fine

[signature] Colleen McMahon

**BY ECF**

Hon. Colleen McMahon
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Jeremy Sheeran*, No. 20 Cr. 521 (CM)

Dear Judge McMahon:

We represent defendant Jeremy Sheeran in the above-referenced matter. We write to respectfully request an enlargement of time, until December 9, 2022 to submit objections to Mr. Sheeran's Presentence Investigation Report ("PSR"). We require this additional period to ensure that we have sufficient time to thoroughly review the PSR with Mr. Sheeran, and submit any necessary legal or factual objections to the report.

We further request a concomitant extension of the Probation Department's deadline to submit the final PSR disclosure to the Court until December 20, 2022 to afford Probation sufficient time to incorporate any defense objections into the final PSR.

Respectfully submitted,

/s/ IH
Henry E. Mazurek
Ilana Haramati
Meister Seelig & Fein LLP
125 Park Avenue, Suite 700
New York, New York 10017

*Counsel for Jeremy Sheeran*

cc: Counsel of Record (*via ECF*)
Probation Officer Jemmard Thomas (*via Email*)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/22