**MSF**
Meister Seelig & Fein LLP

*Ilana Haramati*
*Partner*
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

December 23, 2022

**MEMO ENDORSED** 1/3/23

Sentencing adj to
February 8, 2023
at 2 pm

/s/ Colleen McMahon

**VIA ECF**

Hon. Colleen McMahon
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Jeremy Sheeran*, No. 20 Cr. 521 (CM)

Dear Judge McMahon:

We represent defendant Jeremy Sheeran in the above-referenced matter. We write to respectfully request an adjournment of Mr. Sheeran's January 13, 2023 sentencing hearing to February 8, 2023, which we understand is a time convenient for the Court and parties. We have conferred with counsel for the government who consents to this request.

Respectfully submitted,

/s/ IH
Henry E. Mazurek
Ilana Haramati
Meister Seelig & Fein LLP
125 Park Avenue, Suite 700
New York, New York 10017

*Counsel for Jeremy Sheeran*

cc: Counsel of Record (*via ECF*)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/23