# MSF
## Meister Seelig & Fein PLLC

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/17/2024

*Ilana Haramati*
*Partner*
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

April 16, 2024

**VIA ECF**

MEMO ENDORSED

Hon. Colleen McMahon
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

4/17/24
Pretrial is to return Sheeran's passport.
*[signed] Colleen McMahon*

Re: *United States v. Jeremy Sheeran*, No. 20 Cr. 521 (CM)

Dear Judge McMahon:

We write on behalf of defendant Jeremy Sheeran to respectfully request the release of his passport from the custody of Pretrial Services. Mr. Sheeran's bail has been exonerated, and he is currently completing the service of his probationary sentence under supervision of the U.S. Probation Office. We have conferred with the government (AUSA Xiang) and with Mr. Sheeran's supervising Probation officer who have no objection to this request.

Respectfully Submitted,

/s/ IH
Henry E. Mazurek
Ilana Haramati
Meister Seelig & Fein PLLC
125 Park Avenue, Suite 700
New York, New York 10017

*Counsel for Defendant Jeremy Sheeran*

cc:   Counsel of Record (*via ECF*)